# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cr-20142-SHL-1 |
| WILLIAM TIMS, | ) | |
|     Defendant. | ) | |

## ORDER REQUIRING POSITION

The attached letter requests the Court's position on whether a state sentence not previously considered should run consecutive to or concurrently with Defendant's federal sentence. The Court seeks the parties' positions on this question within fourteen days of the date of the order.

**IT IS SO ORDERED,** this 9th day of August, 2024.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE